**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01146-CV

### IN RE LOUIS T. SHIELL II, Relator

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06516**

## ORDER

The Court has before it real party in interest's September 3, 2013 unopposed motion to extend time to file response. The Court **GRANTS** the motion and **ORDERS** real party in interest to file his response by September 16, 2013.

/s/    KERRY P. FITZGERALD
JUSTICE